UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KRAVIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN FUELING SYSTEMS, INC., etc., et al., <br><br> Defendants. | Case No. 07-CV-0483-WQH (JMA) <br><br> **ORDER 1) FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE AND 2) SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

An Early Neutral Evaluation ("ENE") Conference was held on July 12, 2007 at 10:00 a.m.

**IT IS HEREBY ORDERED:**

1. Defendant Healy Systems, Inc. ("Healy") shall provide documents to Plaintiff which support the calculations in the spreadsheet presented by Healy at the ENE Conference, in order that the parties may further evaluate the amount of commissions in dispute in this matter, i.e., the difference between the amount that would have been owed to Plaintiff by Healy and/or other defendants under the "original" commission rate and the amount paid under the "modified" rate, and attempt to reach an

agreement on the amount in dispute.  Any discussions concerning the amount of commissions in dispute, and any agreements the parties may reach in that regard, shall be without prejudice to the parties' rights to assert their respective positions regarding the applicable commission rate.

2.  A telephonic Case Management Conference shall be held on **August 24, 2007** at **9:30 a.m.**  All counsel and unrepresented parties shall appear telephonically at this conference.  The Court will initiate the conference call.

3.  The Court will defer the issuance of initial dates under Fed. R. Civ. P. 26 at this time.

**IT IS SO ORDERED.**

DATED:  July 13, 2007

Jan M. Adler
U.S. Magistrate Judge