UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KRAVIS, INC., | Case No. 07-CV-0483-WQH (JMA) |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| FRANKLIN FUELING SYSTEMS, INC., etc., et al., | |
| Defendants. | |

On September 27, 2007 at 9:30 a.m., the Court convened a telephonic Case Management Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>October 9, 2007</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>October 23, 2007</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>October 23, 2007</u>

1  (the parties should consult Rule 26(f) for the substance of the
2  discovery plan); and,
3      4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
4  Procedure, a telephonic Case Management Conference shall be held
5  on **October 30, 2007** at **9:30 a.m.** before Magistrate Judge Adler.
6  All counsel and unrepresented parties shall appear telephonically
7  at this conference.  The Court will initiate the conference call.
8      Failure of any counsel or party to comply with this Order
9  will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**
11 DATED:   September 27, 2007

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge